UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN PABLO CHAVEZ,

               Plaintiff,

        -against-

AMERICAN EXPRESS, et al.,

              Defendants.

23-CV-0009 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated January 5, 2023, the Court transferred this action to the United States District Court for the Central District of California. On January 18, 2023, the Court received electronic notification from the Central District of California that it received the action.

Over two years later, on March 31, 2025, Plaintiff filed a motion in this court regarding the timeliness of his petition for a writ of *certiorari* he filed in the United States Supreme Court. (ECF 5.) He appears to challenge the timing of a decision issued by another court, possibly the Central District of California.

The Court denies this motion without prejudice because it lacks jurisdiction over this matter. The transfer of an action divests a transferor court of jurisdiction over the transferred action. *Drabik v. Murphy*, 246 F.2d 408, 409 (2d Cir. 1957) (holding that district court did not have jurisdiction to rule on motion following physical transfer of the transferred action). Plaintiff filed this motion after the Court transferred this action. Accordingly, the Court no longer has jurisdiction over this action.

## CONCLUSION

The Court denies the motion at ECF 5 because the Court no longer has jurisdiction over this action. This dismissal is without prejudice. The Court directs the Clerk of Court to terminate the motion docketed at ECF 5.

This action remains closed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   January 8, 2026
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2